UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD RYAN MCGREW,

      Plaintiff,

v.

      Case No. 11-13196
      Hon. Gerald E. Rosen
      Magistrate Judge Mona K. Majzoub

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.
_____/

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on September 25, 2012

PRESENT:  Honorable Gerald E. Rosen
                  Chief Judge, United States District Court

On July 23, 2012, Magistrate Judge Mona K. Majzoub issued a Report and Recommendation ("R & R") recommending that the Court deny Plaintiff Donald Ryan McGrew's motion for summary judgment and grant the Defendant Commissioner of Social Security's motion for summary judgment.  No objections have been filed to the R & R.  Upon reviewing the R & R, the parties' underlying cross-motions for summary judgment, and the record as a whole, the Court concurs in the analysis of the Magistrate Judge, and adopts the R & R in its entirety.

      Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's July 23, 2012 Report and Recommendation is ADOPTED as the opinion of this Court. IT IS FURTHER ORDERED, for the reasons stated in the R & R, that Plaintiff's January 6, 2012 motion for summary judgment (docket #9) is DENIED, and that Defendant's February 21, 2012 motion for summary judgment (docket #11) is GRANTED.

        s/Gerald E. Rosen
        Chief Judge, United States District Court

Dated: September 25, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 25, 2012, by electronic and/or ordinary mail.

        s/Shawntel Jackson for Ruth A. Gunther
        Case Manager